*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00046-CV

Rebecca Ann **HAAG**,
Appellant

v.

John **HAAG**, Charles Alexander Haag, and Valerie Hendren,
Individually and as Representatives of the Estate of Von Stanley Haag,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-19133
Honorable Joe Frazier Brown, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
             Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   November 26, 2008

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal, stating the parties have resolved all issues in dispute. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM